|  |  |
|---|---|
| SUSAN HYMAN, et al., | UNITED STATES DISTRICT COURT |
|  | DISTRICT OF NEW JERSEY |
| Plaintiff(s), |  |
|  | Hon. William J. Martini |
| -vs- | Civil Action No. 06-4038(WJM) |
|  |  |
| WM FINANCIAL SERVICES, INC. et al., | **ORDER SCHEDULING CONFERENCE** |
| Defendant(s). |  |

**IT IS** on this 15th day of February, 2008

**ORDERED** that there shall be a status/settlement conference before the undersigned on **Tuesday, March 25, 2008** at **10:00 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey. Parties with full settlement authority are required to be present at this conference.

S/Mark Falk
**MARK FALK**
**United States Magistrate Judge**

Orig.: Clerk of the Court
cc: Hon. William J. Martini, U.S.D.J.
All Parties
File